**No. 48009.**—Protest 2322–K of Hawley & Letzerich (Galveston).

Opinion by COLE, J.   The question presented here is identical with that in *United States* v. *Marks Co.* (29 C. C. P. A. 77, C. A. D. 173), which involved the judicial construction of the language of paragraph 718 (b) as amended by the said trade agreement, the points raised therein being as to the punctuation and the appellate court's reference to two official documents.   In the instant case, however, the court found that there was no impropriety in the two publications being considered and actually mentioned in the decision of the appellate court and, further, that the punctuation of the two paragraphs referred to therein is open to some criticism, as has been previously conceded by this court and the appellate court.   It was held that the issue herein is definitely controlled by the cited case.   The protest was therefore overruled.

BEFORE THE SECOND DIVISION, FEBRUARY 13, 1943

**No. 48010.**—Protests 999404–G, etc., of L. I. Lubin, Inc. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel that the racello hats in question are similar to those involved in Abstract 47291 the claim at 25 percent under paragraph 1504 (b) (1) was sustained.

**No. 48011.**—Protests 20124–K, etc., of Henry Pollak, Inc. (New York).

Opinion by TILSON, J.   It was stipulated that certain of the items in question consist of hats or hoods composed of ramie and cellophane, the same in all material respects as those involved in Abstract 47291.   In accordance therewith, the claim at 25 percent under paragraph 1504 (b) (1) was sustained.

**No. 48012.**—Protests 888871–G, etc., of Eurasia Import Co. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel that certain of the items consist of hats the same in all material respects as those involved in Abstract 47291 the protests were sustained to that extent.

**No. 48013.**—Protests 560466–G, etc., of M. E. Friedlander, Inc. (New York).

Opinion by TILSON, J.   In accordance with agreement of counsel the protests were sustained as to certain items which were found to be similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664).